UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No. 06-352
)
)
DAVID T. HACKNEY )

**FILED**

DEC 2 1 20__

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WAIVER OF INDICTMENT

I, **DAVID T. HACKNEY**, the above-name defendant, who is accused of

18 USC 1347
Health Care Fraud;
21 USC 843(a)(3) and (d)(1)
Obtaining a Controlled Substance by Fraud; and
18 USC 2
Causing an Act to be Done

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **December 21, 2006** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____    Date: _____
Judge John D. Bates