U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

FILED

DEC 21 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

DAVID T. HACKNEY

Case No. 06-0352 (JDB)

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __21st__ day of __December 2006__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __December 21, 2006__ by __Detective Woodson of MPD and Special Agent McFadden of HHS, OIG/OI__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __300 Indiana Ave., N.W.__ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge/U.S. Magistrate  Bates

COURT
DEFENSE COUNSEL

DOJ USA-16-1-80