**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No. 06-352 (JDB)** |
| | : | |
| **v.** | : | |
| | : | |
| **DAVID T. HACKNEY,** | : | |
| **Defendant.** | : | |

**GOVERNMENT'S UNOPPOSED MOTION**
**TO CONTINUE STATUS HEARING**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, moves to continue the status hearing currently scheduled for March 7, 2007 in the above-captioned case. In support of its motion, the government submits the following:

1. The defendant has been providing information to the government since pleading guilty in this case. This information relates to a number of different actors and activities relating to health care billing and services. Agents from multiple agencies are processing this information. However, due to the nature of the information and the number of different issues, the government needs additional time to fully investigate the defendant's information.

2. The government requests a further status in the above-captioned case in approximately four months, that is, the beginning of July 2007.

3. The defense attorney agrees to this motion to continue.

<u>Conclusion</u>

Therefore, the government respectfully requests that the status hearing scheduled for March 7, 2007 be postponed until sometime in July 2007.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By: _____

VIRGINIA CHEATHAM
D.C. Bar #411980
Assistant U.S. Attorney
Fraud/Public Corruption Section
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-9732


CERTIFICATE OF SERVICE


I hereby certify that on this _____ day of March, 2007, that a copy of the foregoing Motion and proposed Order was served via ECF to counsel for the defendant, David W. Bos, Esq. Assistant Federal Public Defender.


_____

Virginia Cheatham
Assistant United States Attorney
555 4th Street, N.W., 5th Floor
Washington, D.C. 20530
(202) 514-9732
Respectfully submitted,

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **Criminal No. 06-352(JDB)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **DAVID T. HACKNEY,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## <u>ORDER</u>

This matter comes before the Court upon the government's unopposed Motion to Continue

Status Hearing.  For the reasons stated therein, it is this ___ day of March 2007,

ORDERED that the status hearing shall be continued until July _____, 2007, at _____

a.m./p.m.


_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE

Copies to:

David W. Bos, Esq.
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20001

Virginia Cheatham
Assistant U.S. Attorney
U.S. Attorney's Office
555 4th Street, N.W., 5th Floor
Washington, D.C. 20001