UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 06-352 (JB) |
| v. | ) | |
| DAVID HACKNEY | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION TO MODIFY CONDITIONS RELEASE**

Defendant, David Hackney, through counsel, respectfully moves pursuant to 18 U.S.C. § 3142 that the conditions of release set in this case be modified to allow the Defendant report, by phone, to the Pre-trial Services Agency once a week. In support of this motion, counsel states:

1. On December 11, 2006, the Court released the Defendant on the condition that he report, in person, once each week to the Pre-trial Services Agency.

2. According the Pre-trial Services Agency, the Defendant has scrupulously honored his reporting conditions for the last 6 months.

3. There has never been any evidence that the Defendant poses a flight risk, and given his six month compliance with the present conditions of release, there is no reason to believe the Defendant would not be able to comply with the proposed condition that he report by phone, instead of in person, to the Pre-trial Services Agency.

4. The Defendant therefore requests that the release condition requiring the Defendant to report, in person, to the Pre-trial Services Agency be modified to permit the Defendant to report to the Pre-trial Services Agency each week, by phone.

5. The Government, per Assistant United States Attorney Virginia Cheatam, does not oppose this request.

Respectfully submitted,

A.J. Kramer
Federal Public Defender


\_\_\_\_/s/_____
David W. Bos
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Crim. No. 06-352 (JDB) |
| ) | |
| **DAVID HACKNEY,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**O R D E R**

Upon consideration of Defendant Hackney's motion for modification of his conditions of release, it is this _____ day of _____, 2007, hereby

**ORDERED** that the Defendant's motion is granted and the condition that Mr. Hackney report to the Pre-trial Services Agency, in person, once each week is hereby modified, and the Defendant shall report to the Pre-trial Services Agency, by phone, once each week until further order of this Court.

					_____
					JOHN D. BATES
					U.S. DISTRICT COURT JUDGE

Copies to:

David W. Bos				Virginia Cheatam
625 Indiana Avenue, N.W.		Assistant U.S. Attorney
Suite 550				555 4th Street, N.W.
Washington, D.C.  20004		Washington, D.C.  20001