UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>DAVID HACKNEY )<br>  )<br>Defendant. )<br>  ) | Crim No. 06-352 (JDB) |

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

Defendant, David Hackney, through undersigned counsel, respectfully moves this Court to continue the presently scheduled sentencing hearing until October 17, 2007. As grounds for this motion, counsel states:

1. The Defendant's sentencing hearing is presently set for September 26, 2007. Counsel for Dr. Hackney, however, is scheduled to be out of the jurisdiction from September 26th until October 2nd.

2. Counsel has contacted Assistant United States Attorney Virginia Cheatham, and she has advised counsel that she does not oppose counsel's request to continue this matter. Ms. Cheatham further advised that she would be available to conduct the sentencing in this case on October 17, 2007.

WHEREFORE, defendant respectfully requests that this motion be granted.

Respectfully submitted,

A.J. Kramer
Federal Public Defender

_____/s/_____
David W. Bos
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500, ext. 118

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| v. ) | Crim No. 06-352 (JDB) |
| DAVID HACKNEY ) | |
| Defendant, ) | |

**ORDER**

Upon consideration of defendant's motion to continue the presently scheduled sentencing it is this _____ day of September, 2007,

**ORDERED** that the Defendant's motion is **GRANTED**; it is

**FURTHER ORDERED**, that the sentencing scheduled for September 26, 2007, is hereby continued to _____, 2007, at _____ .m.

JOHN BATES
UNITED STATES DISTRICT JUDGE

cc:

David W. Bos
Assistant Federal Public Defender
625 Indiana Avenue., N.W., Suite 550
Washington, D.C. 20004

Virginia Cheatham
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20009